# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

RECEIVED

2010 MAR 29  A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name _Alphonso Brown #121860_

Prison Number _#121860_

Place of Confinement _Holman 3700_
_Atmore, Alabama 36503_

United States District Court ___Middle___ District of _Alabama_

Case No. _2:10-CV-280-TMH_
(To be supplied by Clerk of U. S. District Court)

_Alphonso Brown_ , PETITIONER
(Full Name)  (Include name under which you were convicted)

_Tony Patterson_ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

___ , ADDITIONAL RESPONDENT.

   (if petitioner is attacking a judgement which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
## STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/ 83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack *Circuit Court Montgomery County, Montgomery County Courthouse, P.O. Box 1667, Montgomery, Alabama 36102-1667*
2. Date of judgment of conviction *MAY 5, 1984*
3. Length of sentence *Life Without* Sentencing Judge *Unknown*

2.

4. Nature of offense or offenses for which you were convicted: _Robbery 1st degree_

5. What was your plea?  (check one)
   (a) Not guilty  (✓)
   (b) Guilty     ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:   (Check one)
   (a) Jury  (✓)
   (b) Judge only  ( )

7. Did you testify at the trial?  Yes  ( )    No  (✓)

8. Did you appeal from the judgment of conviction?   Yes  ( )   No  (✓)

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  Yes  (✓)   No  ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Montgomery County Circuit Court_
        (2) Nature of proceeding _Rule 32 Post Conviction Petition_

        (3) Grounds raised _The Court was without Jurisdiction to Render the Judgment or to impose the Sentence., The sentence imposed exceeds the maximum Authorized by Law, or is otherwise not Authorized by Law._

        (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes  ( )   No  (✓)
        (5) Result _Dismissed Rule 32 Petition_
        (6) Date of result _10/27/09_

3.

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No ( )

(5) Result _____

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No ( )

(5) Result _____

(6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.                      Yes (✓)   No ( )

(2) Second petition, etc.                  Yes ( )    No ( )

(3) Third petition, etc.                     Yes ( )    No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

4.

12. State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.

CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: _The Sentence imposed the maximum Authorized by Law, or is otherwise not Authorized by Law._

Supporting FACTS   (tell your story briefly without citing cases or law): .

_See Attachment_

B.  Ground two: _____ _Violation of Due Process._ _____

Supporting FACTS   (tell your story briefly without citing cases or law): .

_See Attachment_

C.  Ground three: _____

Supporting FACTS   (tell your story briefly without citing cases or law): .

6.

<u>The sentence imposed exceeds the maximum Authorized by Law, or is otherwise not Authorized by Law.</u>

1. On 7/17/78 Petitioner was sentenced as a youthful offender and given (3) years on (5) indictments for Burglary and Grand Larceny. He also was given (3) years on (1) indictment for Grand Larceny. All of the sentences was ran concurrently with each other. Petitioner was (16) years old and turned (17) while in the county Jail. At the Age of (17) I was sentenced as a youthful offender. Those case numbers were CC-78-596 thru 601. With the lone case 601 being for Grand Larceny.

2. On or About 5/25/84 Petitioner was sentenced to Life without Parole for Robbery First degree under the State's Habitual Felony Offender Act. The priors that was used to enhance petitioner sentence. Petitioner had been sentenced as a youthful offender. Petitioner was told that those prior convictions CC-78-596 thru 601. Could not be used to enhance his sentence under the state's Habitual offender felony Act. But instead they were used on 5/25/84 to sentence petitioner to Life without parole. Petitioner has been in a maximum security prison for (26) years. Robbery in the First degree carries a sentence with no priors 20 years to Life.

<u>Violation of Due Process</u>

1. On or About 9/18/09 Petitioner filed in the Circuit Court of Montgomery County. A Rule 32 post conviction Petition for Relief.

2. On 9/18/09 Circuit Judge, William A. Shashy, Circuit Judge of Montgomery County. Ordered that a Hearing was set for 10/14/09 at 9:00 A.m in Court Room 3-C, Montgomery County Courthouse. Petitioner was never taken to this hearing.

3. On 10/26/09 Judge William A. Shashy passed an Order. And stated the state had filed an Answer to the Petition for Relief and Motion to Dismiss. But the state never did file an Answer to the Rule 32 petition. And Judge Shashy still went ahead and summarily dismissed the petitioner Rule 32 petition without the state filing a Response to his petition.

7.

D.  Ground four: _____
_____

Supporting FACTS   (tell your story briefly without citing cases or law): .
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented
in any other court, state or federal state briefly what grounds were not so
presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, wither state
or federal, as to the judgment under attack?    Yes  (  )  No  (✓)

15. Give the name and address, if known, of each attorney who represented
you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____
_____

(b) At arraignment and plea _____
_____

(c) At trial _____
_____

(d) At sentencing _____
_____

(e) On appeal _____
_____

8.

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (  )    No ( ✔ )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes (  )    No ( ✓ )

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) And give date and length of sentence to be served in the future:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes (  )    No (  )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.


_Alphonso Brown_ # 121860
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _March 25, 2010_.
(date)

_Alphonso Brown_ # 121860
Signature of Petitioner

9.

ALPHONSO BROWN
AIS# 121860
HOLMAN CORRECTIONAL FACILITY
HOLMAN UNIT 3700
ATMORE AL 36503-3700

25 MAR
2010

THE CLERK of the united states
DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101